| | | | | |
|---|---|---|---|---|
| Wright v. State | 49A02–1606–CR–1377 | 01/31/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Kansas City Services, Inc. v. Connan | 06A01–1606–PL–1274 | 02/03/2017 | BRADFORD, J.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>VAIDIK, C.J.<br>BROWN, J. | We affirm the judgment of the trial court in part and remand with instructions to order restitution in the amount of $22,046.65 plus interest of $4,409.33 for a total award of $26,455.98<br>Concurs<br>Concurs |
| B.A.M., Matter of Adoption of | 79A02–1608–AD–1840 | 02/03/2017 | VAIDIK, C.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Kennedy v. State | 49A05–1607–CR–1613 | 02/03/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Randolph v. State | 49A02–1605–CR–972 | 02/03/2017 | VAIDIK, C.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State | 54A05–1605–CR–1087 | 02/03/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Wilkinson v. Kuehn | 74A05–1608–PL–1994 | 02/03/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Sawyer v. State | 49A02–1608–CR–1832 | 02/03/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |